```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                            DIVISION OF ST. CROIX

ALPHA ENERGY, a division of        )
ALPHA TECHNOLOGIES SERVICES,       )
INC.,                              )
                                   )
                Plaintiffs,        )    Civil No. 2017-15
                                   )
           v.                      )
                                   )
GEC, LLC, and CONTINENTAL          )
CASUALTY COMPANY,                  )
                                   )
                Defendants.        )
                                   )
```

**ATTORNEYS:**

**Carl A. Beckstedt, III, Esq.**
**Michael A. Rogers, Esq.**
Beckstedt & Associates
Christiansted, U.S.V.I.
**Frank L. Bigelis, Esq.**
K & L Gates LLP
Miami, FL
**Bradley C. Lewis, Esq.**
K & L Gates LLP
Seattle, WA
    *For Alpha Energy, a division of Alpha Technologies Services, INC.,*

**Warren B. Cole, Esq.**
Hunter, Cole & Bennett
St. Croix, U.S.V.I.
    *For GEC, LLC, and Continental Casualty Company.*

## ORDER

**GÓMEZ, J.**

It is hereby **ORDERED** that the above captioned matter is scheduled for mediation before the Honorable Judge Juan R. Sánchez, in Courtroom 3 of the Ron de Lugo Federal Building and

U.S. Courthouse, St. Thomas, United States Virgin Islands. The mediation shall commence promptly at **8:30 A.M. on Friday, December 21, 2018;** it is further

    **ORDERED** that, no later than **4:00 P.M. on Tuesday, December 11, 2018,** the parties shall each submit a two-page confidential position paper in .pdf format to sanchezdocs@paed.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and any outstanding issues that need to be resolved; and it is further

    **ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

                                   S/_____
                                      **CURTIS V. GÓMEZ**
                                      **District Judge**